**Order entered March 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00242-CV**

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**No. 05-21-00360-CV**

**MOLLY WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

**No. 05-21-00373-CV**

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50778-2021**

**ORDER**

Appellant in these three appeals has filed a motion seeking appointment of counsel. We **DENY** the motion. *See Erazo v. Sanchez*, 580 S.W.3d 768, 770

(Tex. App.—Houston [14th Dist.] 2019, no pet.) ("There is no general right to counsel in Texas in civil cases.").

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE